**708**

■

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH CULLEN.— Motion to set aside the order of this court entered October 13, 1953, denied. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ. [See 282 App. Div. 859.]

WILLIAM J. H. LAW, Doing Business as WILLIAM J. H. LAW CO. v. GARDNER CONSTRUCTION CORP.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See 282 App. Div. 1041.]

SIDNEY S. KORZENIK v. BUTLER, BINION, RICE & COOK, a Partnership.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ. [See 282 App. Div. 941.]

ADELAIDE NEUWIRTH, Appellant, and RUTH D. SALMON et al., Interveners, Appellants v. HANS WYMAN et al., Respondents.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See 282 App. Div. 1044.]

PATHE LABORATORIES, INC., Plaintiff, v. VIDICAM CORPORATION, Appellant-Respondent; TELEVISION FEATURES, INC., et al., Respondents-Appellants, et al., Defendants.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. [See 282 App. Div. 1026.]

## (February 17, 1954.)

(Republished.)

SOPHIE K. RUZA, Respondent, v. JOSEPH M. RUZA, Appellant.— Order unanimously reversed and the motion granted to the extent of directing issuance of commission to take deposition of the defendant in Florida on written interrogatories. The hearing before the referee covering the issue of defendant's domicile is stayed until the return of the commission. Settle order on notice which is to provide for the settlement of the interrogatories at Special Term. Present — Dore, J. P., Cohn, Callahan and Botein, JJ. [See *ante,* p. 707.]

(Republished.)

In the Matter of the Construction of the Will of ABRAHAM S. ROSENTHAL, Deceased. JEAN L. TANBURN, Appellant; RHEA S. HOFFHEIMER et al., as Trustees under the Will of ABRAHAM S. ROSENTHAL, Deceased, et al., Respondents.— Decree reversed in accordance with the opinion herein with costs to the appellant. The order of this court, entered February 16, 1954, hereby is vacated. Order filed. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ. [Also printed *ante,* p. 316, — Rep.]